ELEANOR CABRI, Individually and as Administratrix of the Estate of EUGENE CABRI, Deceased, Respondent, *v.* LONG ISLAND RAIL ROAD COMPANY et al., Appellants.

Argued November 19, 1953; decided February 25, 1954.

*William F. McNulty, Richard R. Bongartz* and *William J. O'Brien* for Long Island Rail Road Company, appellant.

*George W. Percy* for Town of Southampton, appellant.

*Bernard Meyerson, Henry M. Zaleski* and *Frank A. Jablonka* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LEWIS, Ch. J., and VAN VOORHIS, J., dissent in the following memorandum. In our view the judgment appealed from should be reversed and the complaint dismissed upon the ground that plaintiff's intestate was guilty of contributory negligence as a matter of law (*Wadsworth* v. *Delaware, L. & W. R. R.*, 296 N. Y. 206, 212; *Crough* v. *New York Central R. R. Co.*, 260 N. Y. 227; *Schrader* v. *New York, C. & St. L. R. R. Co.*, 254 N. Y. 148; *Allen* v. *Erie R. R. Co.*, 244 N. Y. 542; *Avery* v. *New York, O. & W. Ry. Co.*, 205 N. Y. 502; *Proefrock* v. *Denney*, 258 App. Div. 5, affd. 283 N. Y. 648).